# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN SERRANO REYES, | Case No. CV 08-1857-RSWL (JEM) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| R.J. SUBIA, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: March 28, 2011

*RONALD S.W. LEW*
RONALD S. W. LEW
UNITED STATES DISTRICT JUDGE